**IT IS ORDERED as set forth below:**



Date: July 7, 2025

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:  } | |
| } | Case No.: 24-53397-JRS |
| JUDITH BOURDO KERSTEN,  } | |
| } | Chapter 7 |
| Debtor.  } | |

| | |
|---|---|
| S. GREGORY HAYS, Chapter 7 } | |
| Trustee for the estate of Judith Bourdo } | |
| Kersten, } | |
| } | ADVERSARY PROCEEDING |
| Plaintiff, } | |
| } | |
| v. } | No. 24-5180 |
| } | |
| PACES FUNDING, LLC, } | |
| } | |
| Defendant. } | |

**ORDER DISMISSING COMPLAINT WITH PREJUDICE**

On July 2, 2025, the parties filed a Stipulation of Dismissal with Prejudice (Doc. 10). Accordingly, it is hereby

ORDERED that Plaintiff's Complaint is hereby DISMISSED with prejudice.

The Clerk is directed to serve a copy of this Order on counsel for the Plaintiff, Defendant, counsel for the Plaintiff, counsel for the Defendant and the Chapter 7 Trustee.

[END OF ORDER]